IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, ) ) ) | |
| PLAINTIFF, ) ) | |
| v. ) ) | CASE NO. 2:10-cv-374-MEF |
| STERNENBERG CONSTRUCTION, et al., ) ) | (WO - Do Not Publish) |
| DEFENDANTS. ) | |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT, and DECREE of this Court as follows:

1. Judgment is entered in favor of plaintiff United States Liability Insurance Company and against defendants Sternenberg Construction, Robert E. Sternenberg, William Heilpern, and Lauda Heilpern on all claims relating to the duty to defend under the subject insurance policies.

2. It is DECLARED that plaintiff United States Liability Insurance Company has no duty to defend defendants Sternenberg Construction, Robert E. Sternenberg, against the claims brought by William Heilpern and Lauda Heilpern.

3. Judgment is entered in favor of crossclaim plaintiff Auto-Owners Insurance Company and against crossclaim defendants Sternenberg Construction, Robert E. Sternenberg, William Heilpern, and Lauda Heilpern on all claims relating to the duty to defend under the subject insurance policies.

4. It is DECLARED that crossclaim plaintiff Auto-Owners Insurance Company has no duty to defend defendants Sternenberg Construction, Robert E. Sternenberg against the claims brought by William Heilpern and Lauda Heilpern.

5. Costs are TAXED against defendants Sternenberg Construction, Robert E. Sternenberg, William Heilpern, and Lauda Heilpern for which execution may issue.

6. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 16th day of August, 2011.

                                                                /s/ Mark E. Fuller
                                              UNITED STATES DISTRICT JUDGE